JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P: (510) 451-2132
F: (510) 451-0824
e: jameshuntmiller@yahoo.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANIRA BANUELOS, FOR C.B.V. (A MINOR),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Commissioner of the Social Security Administration,<br><br>　　　　Defendant.<br>_____ | No. 12-1961 LHK<br><br>Plaintiff's Unopposed Motion for Extension of Time to File Motion for Summary Judgment and/or Remand |

MOTION.

　　　Plaintiff hereby requests additional time in which to file Plaintiff's Motion for Summary Judgment.  Pursuant to the time allowed in the Procedural Order (28 days from Defendant's service of the answer/record on October 25), plus time allowed in F.R.Civ.P. Rules 6(e) and 5(e) (3 days), and weekend terminus day, Plaintiff's motion was to be filed by today, November 26.  Plaintiff seeks a 28-day extension, or until December 24, 2012.  Such extension would change Defendant's filing deadlines by as much as 28 days, and would make the eventual submission of the case for decision as much as 28 days later.

　　　Defendant, through counsel Special Assistant U.S. Attorney Lynn Harada,

stated (by e-mail) to Plaintiff's counsel that Defendant does not oppose this request.  Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the Procedural Order), and also because Defendant would not be harmed by the extension and Defendant does not oppose the request.

  RESPECTFULLY SUBMITTED on this 26th day of November, 2012.

/s/
James Hunt Miller, Attorney for Plaintiff

<u>ORDER</u> (PROPOSED)

  PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED that Plaintiff may have a 28-day extension, or until December 24, 2012, in which to file a motion for summary judgment.

DATE: November 27, 2012

*Lucy H. Koh*
United States District Judge