MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8977
      Facsimile: (415) 744-0134
      E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANIRA BANUELOS, FOR C.B.V. (A MINOR)<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.: 5:12-cv-01961-LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and/or Remand. The new due date for Defendant's response will be February 25, 2013. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

    Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 23, 2013    */s/ James Hunt Miller*
(As authorized by phone on 1/23/13)
JAMES HUNT MILLER
Attorney for Plaintiff


Dated: January 23, 2013    MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 25, 2013    _Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Judge

Stip. & ~~Prop.~~ Order for Extension; 5:12-cv-01961-LHK    2