1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California  94105
       Telephone:  (415) 977-8977
6      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
7
   Attorneys for Defendant
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  DEYANIRA BANUELOS,            )   CIVIL NO.: 5:12-cv-01961-LHK
    FOR C.B.V. (A MINOR)          )
13                                )
        Plaintiff,                )   STIPULATION AND ~~PROPOSED~~ ORDER
14                                )   FOR AN EXTENSION OF TIME
             v.                   )
15                                )
    MICHAEL J. ASTRUE,            )
16  Commissioner of               )
    Social Security,              )
17                                )
        Defendant.                )
18  _____ )

19      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

20  record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for

21  Summary Judgment and/or Remand.  The new due date for Defendant's response will be February 25,

22  2013.  Defendant needs the additional time to further review the file and prepare a response in this

23  matter due to a heavy workload, despite due diligence.

24      Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience

25  caused by this delay.

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 23, 2013      /s/ *James Hunt Miller*
                             (As authorized by phone on 1/23/13)
                             JAMES HUNT MILLER
                             Attorney for Plaintiff


Dated: January 23, 2013      MELINDA L. HAAG
                             United States Attorney
                             GRACE M. KIM
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      /s/ *Lynn M. Harada*
                             LYNN M. HARADA
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 25, 2013                    _____
                                           THE HONORABLE LUCY H. KOH
                                           United States District Judge

Stip. & ~~Prop.~~ Order for Extension; 5:12-cv-01961-LHK            2