MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California  94105
      Telephone:  (415) 977-8977
      Facsimile:  (415) 744-0134
      E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANIRA BANUELOS,<br>FOR C.B.V. (A MINOR)<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,*<br><br>    Defendant. | CIVIL NO.: 5:12-cv-01961-LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 35 days to respond to Plaintiff's Motion for Summary Judgment and/or Remand.  The new due date for Defendant's response will be April 1, 2013.  Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

    Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

///

///

* Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 25, 2013

/s/ James Hunt Miller
(As authorized on 2/25/13)
JAMES HUNT MILLER
Attorney for Plaintiff

Dated: February 25, 2013

MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2013

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Judge