JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P: (510) 451-2132
F: (510) 451-0824
e: jim_miller0@yahoo.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

DEYANIRA BANUELOS,                )
FOR C.B.V. (A MINOR),             )
                                  )
    Plaintiff,                    )    No. 12-1961 LHK
                                  )
  vs.                             )
                                  )
Commissioner of the               )
 Social Security                  )    PLAINTIFF'S UNOPPOSED
  Administration,                )    MOTION FOR EXTENSION
                                  )    (with proposed order)
    Defendant.                    )
_____    )

MOTION.

    Plaintiff hereby requests additional time in which to file Plaintiff's reply. Pursuant to the time allowed in the Procedural Order (14 days from service of Defendant's opposition), and service of the record on April 1, Plaintiff's reply was to be filed by today, April 15, 2013. Plaintiff seeks a 14-day extension, or until April 29, 2013. Such extension would push submission of the case to as much as fourteen days later, but would not affect Defendant's schedule.

    Defendant, through counsel Jeffrey Chen, stated (by e-mail) to Plaintiff's counsel that Defendant does not oppose this request. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the Procedural Order), and also because Defendant would not be harmed by

the extension and Defendant does not oppose the request.

RESPECTFULLY SUBMITTED on this 15th day of April 2013.

/s/
James Hunt Miller, Attorney for Plaintiff

ORDER <s>(PROPOSED)</s>

PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED that Plaintiff may have a 14-day extension, or through April 29, 2013, in which to file a reply.

DATE: April 16, 2013

*Lucy H. Koh*
United States District Judge